UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

 - against -

ANDERSON KING,

    Defendant.
---

21-cr-53 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By **October 30, 2023,** the Government should respond to the petitioner's application for an early termination of supervised release and include the views of the Probation Department.

SO ORDERED.

Dated: New York, New York
   October 20, 2023

            _____
             John G. Koeltl
           United States District Judge