

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

**By ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Anderson King*, 21 Cr. 53 (JGK)

Dear Judge Koeltl:

The Government respectfully requests a one-week extension to respond to defendant Anderson King's motion for early termination of supervised release. This matter originated in the United States District Court for the Eastern District of New York (No. 91 Cr. 1219) and was assigned to the undersigned Assistant United States Attorney today. Accordingly, the Government requires additional time to obtain and review records in order to appropriately consider the Government's position with regard to this matter. Pursuant to the Court's Order at Dkt. 5, the Government's deadline to respond is currently October 30, 2023. The Government respectfully proposes that it will file its response on or before November 6, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Chelsea Scism*

Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

APPLICATION GRANTED
SO ORDERED

*John G. Koeltl*
John G. Koeltl, U.S.D.J.

10/27/23